DIANA HASKIN KEYS, *Appellee*, v. GEORGE W. KEYS, *Appellant*.

No. 16,637.

Appeal from Johnson district court. Opinion denying a petition for a rehearing, filed October 14, 1910. (For original opinion, see *ante*, p. 92.)

*I. O. Pickering*, and *L. C. Boyle*, for the appellant.

*John T. Little*, *J. B. Stacy*, and *C. B. Little*, for the appellee.

*Per Curiam:* In the second paragraph of the syllabus of the opinion filed in this case (*ante*, p. 92), it is intimated that the

sufficiency of the evidence to support the judgment was first raised in this court. Our attention is called to the fact that on the motion for a new trial in the court below objection was made to the sufficiency of the evidence. We have, therefore, reviewed the testimony and find that it is sufficient to sustain the judgment.